**No. 10-10688. Norman Eugene Lamkin, Petitioner v. Texas.**

565 U.S. 1046, 132 S. Ct. 605, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8104.

November 14, 2011. Petition for rehearing denied.

**443**

Former decision, 565 U.S. 844, 132 S. Ct. 159, 181 L. Ed. 2d 74, 2011 U.S. LEXIS 6197.